FILED PT

2005 JUN 24 PM 2:40

CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

LESLIE T. GLADSTONE, Trustee (144615)
5580 La Jolla Blvd., #613
La Jolla, CA 92037
(858) 454-9887

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Tomahawk, Inc.,<br><br>Debtor(s). | Case No.: No. 00-08940-B7<br><br>TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED, APPLICATION FOR DISCHARGE AND, IF APPLICABLE, FOR TRANSMITTAL OF UNCLAIMED FUNDS PURSUANT TO FRBP 3011 |

I, Leslie T. Gladstone, Trustee of the estate of the above-named debtors, do hereby file this Final Account, Certification that the Estate has been Fully Administered, and Application for Discharge. I declare that I have issued and delivered or mailed checks to each creditor and any other party in interest specified in the Notice of Intent to Distribute.

I further state that all checks so issued have been cashed, except for certain checks, if any, which were issued more than ninety days prior to the date of this Final Account and remain unclaimed or uncashed and that all canceled or voided checks accompany this Final Account.

[ ] All checks have been cashed and my bank account shows a zero balance.

/ / /

[X] Transmitted herewith is my Trustee's check in the sum of $4,822.54 for deposit in the Registry of the United States Bankruptcy Court pursuant to Fed. R. of Bankr. P. 3011 representing unclaimed or uncashed dividend checks. Stop payment notices have been issued to the bank on each of the uncashed checks. I request that the clerk accept the unclaimed funds for deposit for the claimants set forth at the bottom of this form.

I certify under penalty of perjury to the Court and the United States Trustee that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

Therefore, pursuant to FRBP 5009, I request that this Final Account be accepted and that the Court order the case closed so that I am discharged of my bond and any further duties in this case.

DATED: June 17, 2005

/s/ Leslie T. Gladstone
Leslie T. Gladstone

REVIEWED BY THE OFFICE OF THE UNITED STATES TRUSTEE

The Office of the United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered, and Application for Discharge of the trustee and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATED: 6/28/05

BY: ____________________
John Patrick Boyl
Assistant United States Trustee

SCHEDULE OF UNCLAIMED OR UNCASHED DIVIDEND CHECKS

| CHECK NO. | NAME & ADDRESS OF PAYEE | AMOUNT |
|---|---|---|
| 1007 | Cherokee Advanced Systems, Inc., 600 St. Clair, Bldg. 5 Stall, Huntsville, AL 35801 | $614.63 |
| 1012 | Trudi Mundell 11243 Gold Bar Way #035;225, Lakeside, CA 92040 | $306.36 |
| 1014 | Dan DaPra aka Dario DaPra, c/o John P. Byrne, Esq., 4264 Overland Ave., Culver City, CA 90230 | $2,945.68 |
| 1023 | Cherokee Advanced Systems, Inc., 600 St. Clair, Bldg. 5 Stall, Huntsville, AL 35801 | $22.24 |
| 1024 | Verizon Wireless Financial Services Attn Bankruptcy 15505 Sand Canyon Avenue #D Irvine, CA 92618-3114 | $29.24 |
| 1025 | Richard M. Busley 6265 Lake Alamor Ave. San Diego, CA 92119 | $.21 |
| 1028 | Trudi Mundell 11243 Gold Bar Way #035;225, Lakeside, CA 92040 | $11.08 |
| 1030 | Dan DaPra aka Dario DaPra, c/o John P. Byrne, Esq., 4264 Overland Ave., Culver City, CA 90230 | $106.57 |
| 1034 | Department of Treasury Internal Revenue Service, 880 Front Street, Stop IU2, Attn: Insolvency Grp 2, San Diego, CA 92101-8869 | $786.53 |

PART A

**FORM 4**

**Distribution Report for Closed Asset Cases**

06/17/05

Case No. **00-08940**
Case Name: **TOMAHAWK II INC.**

Trustee Name: **LESLIE T. GLADSTONE**
Date: **06/17/05**

Date Filed / Converted to Ch. 7: **12/18/00 (c)**

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| GROSS RECEIPTS | $122,586.73 | 100.00% |
| Less: | | |
| Funds Paid to Debtor: | | |
| Exemptions | $0.00 | 0.00% |
| Excess Funds | $0.00 | 0.00% |
| Funds Paid to 3rd Parties | $0.00 | 0.00% |
| **NET RECEIPTS** | $122,586.73 | 100.00% |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| SECURED CLAIMS | | | |
| Real Estate | $0.00 | $0.00 | 0.00% |
| Personal Property & Intangibles | $0.00 | $0.00 | 0.00% |
| Internal Revenue Service Tax Liens | $0.00 | $0.00 | 0.00% |
| Other Governmental Tax Liens | $0.00 | $0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1) and CHARGES under Title 28, Chapter 123: | | | |
| Trustee Fees | $9,494.34 | $9,373.59 | 7.65% |
| Trustee Expenses | $3,574.27 | $3,574.27 | 2.92% |
| Legal Fees & Expenses: | | | |
| Trustee's Firm Legal Fees | $26,550.50 | $26,550.50 | 21.66% |
| Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Fees | $10,818.57 | $10,031.67 | 8.18% |
| Other Firm's Legal Expenses | $0.00 | $786.90 | 0.64% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Fees | $4,700.31 | $4,513.00 | 3.68% |
| Other Firm's Accounting Expenses | $0.00 | $187.31 | 0.15% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Expenses of Operating Business in Chapter 7 | $0.00 | $0.00 | 0.00% |
| Other Expenses | $245.31 | $245.31 | 0.20% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| U.S. Trustee Fees | $3,750.00 | $3,750.00 | 3.06% |
| Court Costs | $4,822.54 | $4,822.54 | 3.93% |
| TOTAL CHAPTER 7 ADMINISTRATIVE FEES & EXPENSES | $63,955.84 | $63,835.09 | 52.07% |
| TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1) (From attached Part B) | $231,573.46 | $58,751.64 | 47.93% |
| WAGES 507(a)(3) | $0.00 | $0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(4) | $0.00 | $0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT 507(a)(7) | $0.00 | $0.00 | 0.00% |
| CLAIMS OF GOVERNMENTAL UNITS 507(a)(8) | $0.00 | $0.00 | 0.00% |
| OTHER 507(a)(2), (5), (6), & (9) | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS 507(a)(3) to 507 (a)(9)** | $0.00 | $0.00 | 0.00% |
| **GENERAL UNSECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| **TOTAL DISBURSEMENTS** | $295,529.30 | $122,586.73 | 100.00% |

**PART B** **FORM 4** **06/17/05**

**Distribution Report for Closed Asset Cases**

Case No. **00-08940**
Case Name: **TOMAHAWK II INC.**

Trustee Name: **LESLIE T. GLADSTONE**
Date: **06/17/05**

Date Filed / Converted to Ch. 7: **12/18/00 (c)**

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | $0.00 | $0.00 | 0.00% |
| Trustee Expenses | $0.00 | $0.00 | 0.00% |
| Legal Fees & Expenses | | | |
| Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
| Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
| Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
| Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| Operating Expenses | $0.00 | $0.00 | 0.00% |
| Other Expenses | $231,573.46 | $58,751.64 | 47.93% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | $231,573.46 | $58,751.64 | 47.93% |

**Bank of America**

H

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS 75283-2406

Account Number 3756057061
01 01 148 06 M0000 E# 0
Last Statement: 04/29/2005
This Statement: 05/31/2005

Customer Service
1-800-262-2726

ESTATE OF
TOMAHAWK II INC., DEBTOR
LESLIE T GLADSTONE - TRUSTEE
00-08940
C/O GLOBAL GOVERNMENT BANKING
TX1-492-09-13

Page 1 of 1

Bankruptcy Case Number:0008940

# SPECIAL MARKETS CHECKING ACCOUNT

## Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 04/30/2005 - 05/31/2005 | | Statement Beginning Balance | 4,822.54 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 4,822.54 |
| Number of Enclosures | 0 | Service Charge | .00 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/29 | 4,822.54 | 4,822.54 | 05/31 | 4,822.54 | 4,822.54 |

$4822.54
Form 1
JJ 6/14/05

**Bank of America**

H

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS 75283-2406

Account Number 3754075618
01 01 148 06 M0000 E# 0
Last Statement: 08/31/2004
This Statement: 09/30/2004

CLOSED

Customer Service
1-800-342-7722

Page 1 of 1

ESTATE OF
TOMAHAWK II INC.
LESLIE T. GLADSTONE - TRUSTEE
00-08940
C/O GLOBAL GOVERNMENT BANKING
TX1-492-10-01

Bankruptcy Case Number:0008940

# SPECIAL MARKETS MMS INVESTMENT ACCOUNT

## Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 09/01/2004 - 09/30/2004 | | Statement Beginning Balance | 68,074.43 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 8.92 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 1 | Amount of Other Debits | 68,083.35 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

## Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | 8.92 | Interest Paid Year-to-Date | 310.10 |
| Annual Percentage Yield Earned | .40% | | |

## Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/13 | | 8.92 | INTEREST PAID ON 12 DAYS AVERAGE COLLECTED BALANCE OF $68,074.43 | 09840000021 |

## Withdrawals and Debits

Other Debits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 09/13 | | 68,083.35 | 03754075618->03756057061 | 09925000386 |

## Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 08/31 | 68,074.43 | 68,074.43 | 09/30 | .00 | .00 |
| 09/13 | .00 | .00 | | | |



**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 185386 - PT**

**June 24, 05**
**14:25:02**

**TREAS RGSTRY**
**00-08940**

Debtor.: TOMAHAWK II INC.
Judge..: PETER BOWIE
Trustee: LESLIE GLADSTONE
Amount.: $4,822.54 CH
Check#.: 1036

**Total-> $4,822.54**

FROM: LESLIE GLADSTONE